UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RENEE LOUISE DAVIS,

    Defendant.

CASE NO. MJ 10-288

D. Alaska No. 1:10-MJ-00002-LCL

DETENTION ORDER

Offense charged:

    Conspiracy to possess with intent to distribute oxycodone

Date of Detention Hearing: July 9, 2010

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Complaint alleges that defendant was intercepted at SeaTac Airport, traveling from Sacramento, CA to Juneau, AK. A search pursuant to a warrant revealed approximately 500 oxycodone pills in her rectal and vaginal cavities. In addition, when her stomach was pumped it contained fragments of numerous oxycodone pills. Doctors reported that she had consumed a lethal dosage.

(2) Acting upon the advice of counsel, defendant has declined to be interviewed by this court's pretrial services officer. The court therefore has no verifiable information as to her residence, employment, family, drug usage and other health matters, or other factors relevant to the determination of whether it is appropriate to set conditions of release.

(3) Her criminal record includes convictions in California for possession of a controlled substance; possession of marijuana for sale; receiving known stolen property; kidnaping with a firearm (9 year sentence); and possession of a controlled substance for sale (4 year sentence).

(4) She is associated with the use of two dates of birth and three Social Security numbers.

(5) Defendant and her counsel offered nothing in opposition to the entry of an order of detention in this court, without prejudice to an application by her for the setting of release conditions when she appears before the court in Alaska.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1   (2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3   (3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

7   (4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of July, 2010.

                    s/ JOHN L. WEINBERG
                    United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)